UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RANDY HARRIS, | ) | No. CV 12-1349-VBF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| LONG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that ground one of the petition and the portion of ground two concerning petitioner's Eighth Amendment challenge are dismissed with prejudice, and ground two of the petition concerning petitioner's ex post facto challenge is dismissed without prejudice.

DATED: 6-6-12

                                         /s/ Valerie Baker Fairbank
                                         HONORABLE VALERIE BAKER FAIRBANK
                                         SENIOR UNITED STATES DISTRICT JUDGE